**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **R. Todd** First name<br><br>_____ Middle name<br><br>**Harris** Last name and Suffix (Sr., Jr., II, III) | **Cheryl** First name<br><br>_____ Middle name<br><br>**Harris** Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5143 | xxx-xx-2938 |

Case 16-31155    Doc 1    Filed 09/30/16    Entered 09/30/16 08:14:50    Desc Main
Document    Page 2 of 14

9/29/16 11:19AM

Debtor 1   R. Todd Harris
Debtor 2   Cheryl Harris

Case number (if known) _____

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 4. | Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years | ■ I have not used any business name or EINs. | ■ I have not used any business name or EINs. |
|   | Include trade names and *doing business as* names | Business name(s) | Business name(s) |
|   | | EINs | EINs |

| 5. | Where you live | **21976 Thyme Lane**<br>**Frankfort, IL 60423**<br>Number, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|
|   | | **Will**<br>County | County |
|   | | If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |

| 6. | Why you are choosing *this district* to file for bankruptcy | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |
|---|---|---|---|

Case 16-31155 Doc 1 Filed 09/30/16 Entered 09/30/16 08:14:50 Desc Main
Document Page 3 of 14
9/29/16 11:19AM

Debtor 1 R. Todd Harris
Debtor 2 Cheryl Harris
Case number *(if known)*

**Part 2:** Tell the Court About Your Bankruptcy Case

7. **The chapter of the Bankruptcy Code you are choosing to file under**

    Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

    ☐ Chapter 7
    ☐ Chapter 11
    ☐ Chapter 12
    ■ Chapter 13

8. **How you will pay the fee**

    ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

    ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

    ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

    ☐ No.
    ■ Yes.

    | | District | When | Case number |
    |---|---|---|---|
    | | Northern District of Illinois | 11/20/15 | 15-39638 |
    | | District | When | Case number |
    | | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

    ■ No
    ☐ Yes.

    | | | | |
    |---|---|---|---|
    | Debtor | | Relationship to you | |
    | District | When | Case number, if known | |
    | Debtor | | Relationship to you | |
    | District | When | Case number, if known | |

11. **Do you rent your residence?**

    ■ No.   Go to line 12.
    ☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    ☐ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | R. Todd Harris |
|---|---|
| Debtor 2 | Cheryl Harris |

Case number *(if known)* _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

_____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

Debtor 1  **R. Todd Harris**
Debtor 2  **Cheryl Harris**                                           Case number *(if known)*

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |

15. **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 16-31155    Doc 1    Filed 09/30/16    Entered 09/30/16 08:14:50    Desc Main
Document      Page 6 of 14

9/29/16 11:19AM

Debtor 1   R. Todd Harris
Debtor 2   Cheryl Harris

Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

R. Todd Harris
Signature of Debtor 1

Cheryl Harris
Signature of Debtor 2

Executed on    September 29, 2016
MM / DD / YYYY

Executed on    September 29, 2016
MM / DD / YYYY

Case 16-31155    Doc 1    Filed 09/30/16    Entered 09/30/16 08:14:50    Desc Main
Document    Page 7 of 14

9/29/16 11:19AM

Debtor 1  R. Todd Harris
Debtor 2  Cheryl Harris

Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

 X /s/ Timothy A. Clark                        Date  **September 29, 2016**
Signature of Attorney for Debtor                     MM / DD / YYYY

**Timothy A. Clark**
Printed name

**Krockey, Cernugel, Cowgill & Clark**
Firm name

**3180 Theodore Street, #102**
**Joliet, IL 60435**
Number, Street, City, State & ZIP Code

Contact phone  **815-729-3600**          Email address  **tim.bkct@kcccp.com**

**6200999**
Bar number & State

Best Buy
Citibank NA
POB 790441
Saint Louis, MO 63179

Calistoga Properties
1316 N Cedar Rd
New Lenox, IL 60451

Capital One
POB 30285
Salt Lake City, UT 84130

Capital One
POB 30285
Salt Lake City, UT 84130

Capital One
POB 30285
Salt Lake City, UT 84130

Charleston's Bar and Grill, Inc
c/o Gary Mueller
91 N 129th Infantry Dr
Joliet, IL 60435

Chase
Attn Bankruptcy Department
POB 15299
Wilmington, DE 19850

Citibank
Box 6500
Sioux Falls, SD 57117

Citibank
Box 6500
Sioux Falls, SD 57117

Coldwell Banker Mortgage
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054

ARS National Service
POB 463023
Escondido, CA 92046


Bass & Associates
3936 E Fort Lowell Rd
Suite 200
Tucson, AZ 85712


Best Buy
Citibank NA
POB 790441
Saint Louis, MO 63179


CAB Services
90 Barney Drive
Joliet, IL 60435


Calistoga Properties
1316 N Cedar Rd
New Lenox, IL 60451


Capital One
POB 30285
Salt Lake City, UT 84130


Capital One
POB 30285
Salt Lake City, UT 84130


Capital One
POB 30285
Salt Lake City, UT 84130


Charleston's Bar and Grill, Inc
c/o Gary Mueller
91 N 129th Infantry Dr
Joliet, IL 60435


Chase
Attn Bankruptcy Department
POB 15299
Wilmington, DE 19850

Chrysler Capital
POB 660335
Dallas, TX 75266

Citibank
Box 6500
Sioux Falls, SD 57117

Citibank
Box 6500
Sioux Falls, SD 57117

Coldwell Banker Mortgage
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054

David Beamish
1820 Pennington Ct
New Lenox, IL 60451

David Beamish
c/o Gary Mueller
91 N. Infamtry Dr., #D
Joliet, IL 60435

David Beamish
c/o Gary Mueller
91 N. Infamtry Dr., #D
Joliet, IL 60435

David Beamish
c/o Gary Mueller
91 N. Infamtry Dr., #D
Joliet, IL 60435

Divine Savior Healthcare
POB 387
Portage, WI 53901

Home Depot Credit Svcs
Citibank NA
POB 790345
Saint Louis, MO 63179

```
Illinois Department of Revenue
POB 64338
Chicago, IL 60664


Imperium Financial Capital
Holdings LLC
1820 Pennington Court
New Lenox, IL 60451


Internal Revenue Service
POB 7346
Philadelphia, PA 19114


JP Morgan Chase Bank
Portfoli Management
POB 29550
Phoenix, AZ 85038


JP Morgan Chase Bank
Portfolio Management
POB 29550
Phoenix, AZ 85038


Kohl's
Capital One Bank
POB 3043
Milwaukee, WI 53201


McCarthy, Burgess & Wolff
26000 Cannon Rd
Bedford, OH 44146


Michael Guzy
10854 Pembroke Ct
Frankfort, IL 60423


Michael Guzy
c/o Gregg Rzepczynski
175 W. Jackson Blvd., #A-1727
Chicago, IL 60604


Michael Guzy
c/o Gregg Rzepczynski
175 W. Jackson Blvd., #A-1727
Chicago, IL 60604
```

Midland Credit Management
2365 Northside Drive
Suite 300
San Diego, CA 92108


Midland Credit Management
2365 Northside Drive
Suite 300
San Diego, CA 92108


Midland Credit Management
2365 Northside Drive
Suite 300
San Diego, CA 92108


Northland Group Inc
POB 390846
Minneapolis, MN 55439


Northland Group Inc
POB 390846
Minneapolis, MN 55439


PayPal Credit
Comenity Bank
POB 5138
Lutherville Timonium, MD 21094


Premier Sales
2511 Reeves Rd
Joliet, IL 60436


Richard T Avis, Attorney
POB 31579
Chicago, IL 60631


Richard Trafton
3302 Navajo Dt
New Lenox, IL 60451


Richard Trafton
c/o Gary Mueller
91 N. Infantry Drive, #D
Joliet, IL 60435

Richard Trafton
c/o Gary Mueller
91 N. Infantry Drive, #D
Joliet, IL 60435

Richard Trafton
c/o Gary Mueller
91 N. Infantry Drive, #D
Joliet, IL 60435

Synchrony Bank
Attn Bankruptcy Dept
POB 965060
Orlando, FL 32896

Synchrony Bank
Attn Bankruptcy Dept
POB 965060
Orlando, FL 32896

Synchrony Bank
Attn Bankruptcy Dept
POB 965060
Orlando, FL 32896

Sysco
250 Wieboldt Drive
Des Plaines, IL 60016

Target
TD Bank USA
POB 9500
Minneapolis, MN 55440

Wells Fargo FNB
Client Processing - MAC N0003-038
800 Walnut Street
Des Moines, IA 50309

William F LaPointe
c/o John Newton
18400 Maple Creek Drive, #500
Tinley Park, IL 60477

```
William F LaPointe
c/o John Newton
18400 Maple Creek Drive, #500
Tinley Park, IL 60477


William LaPonte
22522 Merritton Rd
Frankfort, IL 60423
```